## STITCH *et al.* v. DANCIGER BROS.

No. 5779. Opinion Filed January 11, 1916.

(154 Pac. 514.)

**APPEAL AND ERROR—Failure to File Brief—Reversal.** The syllabus in **Messer v. White Sewing Machine Co.**, 48 Okla. 461, 149 Pac. 1097, is adopted as the syllabus in this case.

(Syllabus by the Court.)

*Error from County Court, Payne County;*
*W. H. Wilcox, Judge.*

Action by Danciger Brothers, a co-partnership, against N. A. Stitch and another. Judgment for the plaintiff, and defendants bring error. Reversed and remanded for new trial.

*J. M. Springer*, for plaintiffs in error.

*Freeman Miller*, for defendant in error.

Rusco et al. v. Ryan et al.

PER CURIAM. This cause was docketed in this court on November 11, 1913, and was submitted on December 6, 1915. The plaintiffs in error duly filed their brief, as required by the rules, on August 14, 1915, but the defendant in error has filed no brief, nor asked for an extension of time, nor given any reason for not doing so. We have examined the record and brief of plaintiffs in error, and the brief reasonably sustains the contentions therein.

We therefore recommend that the judgment be reversed, and the cause remanded for a new trial.

By the Court: It is so ordered.